Jose Garcia BRISENO, Petitioner–Appellant

v.

Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 07–70034.

United States Court of Appeals, Fifth Circuit.

May 13, 2008.

Richard H. Burr, III, Burr & Welch, Houston, TX, for Petitioner–Appellant.

Kelli L. Weaver, Office of the Attorney General, Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before REAVLEY, HIGGINBOTHAM, and STEWART, Circuit Judges.

PER CURIAM: *

For essentially the reasons given by the district court in its thorough opinion, we AFFIRM.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.